Case 2:26-mj-00081-EJY    Document 13    Filed 02/10/26    Page 1 of 3

Charles R. Goodwin, Esq
**Goodwin Law Group, PLLC**
6671 Las Vegas Blvd S Suite 210
Las Vegas, NV 89119
Telephone: (702) 472-9594
charles@goodwinlawgroup.net
*Attorneys for Defendant*

United States District Court
District of Nevada

| | |
|---|---|
| United States of America, | )<br>) |
| Plaintiff, | )<br>) |
| | ) CASE NO.: 2:26-mj-00081-EJY |
| vs. | )<br>) Stipulation between the |
| | ) Government and Defendant to |
| Ori Salomon, | ) continue Preliminary Hearing |
| | ) |
| Defendant. | )<br>) |
| _____ | ) |

The parties herein, the United States and Defendant Ori Salomon, stipulate and agree that the preliminary hearing set in this case for February 17, 2026, be continued to a time convenient for the Court but not before 90 days. The reasons for this stipulation are as follows:

1. On February 6th, 2026, Mr. Salomon was released on a personal bond and is currently out on minimal pretrial release conditions. Both the Defense and the Government agree that it is in the best interests of justice to continue the preliminary hearing to see if a negotiation can be found.

1

2. Counsel was only retained last week and has not yet received discovery. Any preliminary hearing would be impossible to do because there is no evidence for defense counsel to review yet.

3. Counsel will be unable to be ready on February 17th date. Even if all discovery was given to defense counsel right now, counsel would not be prepared to move forward on the February 17th date.

The parties stipulate that the preliminary hearing date in this matter should be continued to a time convenient for the Court but not before 90 days.

Respectfully submitted this 9th day of February, 2026.

| | |
|---|---|
| TODD BLANCHE<br>Deputy Attorney General of the United States | GOODWIN LAW GROUP |
| /s/ Clay Plummer<br>_____<br>CLAY A. PLUMMER<br>Assistant United States Attorney | /s/ Charles R. Goodwin<br>_____<br>CHARLES R. GOODWIN, ESQ.<br>Attorney for Defendant |

**ORDER**

Based on the parties' stipulation, and good cause appearing, the Preliminary Hearing date that is set for February 17, 2026, at 4:00 PM, is vacated and continued to May 27, 2026, at the time of 1:30 p.m. in Courtroom 3D.

DATED: February 10, 2026.

_____
UNITED STATES MAGISTRATE JUDGE